**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2079

JOSEPH N. BRIGGS,

Plaintiff - Appellant,

versus

CITY OF ASHEVILLE, Police Department; BUNCOME
COUNTY SHERIFF,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (CA-05-73-1)

Submitted: March 23, 2006                    Decided: March 27, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph N. Briggs, Appellant Pro Se.  Curtis W. Euler, CITY ATTORNEY'S OFFICE, Asheville, North Carolina; Julie M. Kepple, BUNCOMBE COUNTY SHERIFF'S DEPARTMENT, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph N. Briggs appeals the district court's order denying his Motion for Final Execution and Order to Preclude Exempt Property Rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Briggs v. City of Asheville, No. CA-05-73-1 (W.D.N.C. Sept. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED